**STATE of Missouri, Respondent,**

**v.**

**Jesse L. HENDRIX, Appellant.**

**No. WD 34809.**

Missouri Court of Appeals, Western District.

March 6, 1984.

John Kurtz of Popham, Conway, Sweeny, Fremont & Bundschu, P.C., Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM.

This is a direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978.

Judgment affirmed. Rule 30.25(b).